N. G. SCUDDER v. STATE.

No. A-1185.    Opinion Filed January 27, 1912.

Appeal from Rogers County Court; H. Tom Kight, Judge.

N. G. Scudder was convicted of violating the prohibitory law, and appeals.    Reversed and remanded.

Archibald Bonds and J. I. Howard, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State

PER CURIAM.    Plaintiff in error was convicted at the March, 1911, term of the county court of Rogers county on a charge of violating the prohibitory law, and his punishment fixed at a fine of two hundred dollars and imprisonment in the county jail for a period of ninety days. The Attorney General, in open court, entered a confession of error in this case.    Upon this confession, the judgment is reversed and a new trial awarded.

---

DICK MORRISON v. STATE.

No. A-1186.    Opinion Filed January 27, 1912.

Appeal from Rogers County Court; H. Tom Kight, Judge.

Dick Morrison was convicted of violating the prohibitory law, and appeals.    Reversed and remanded.

Archibald Bonds and J. I. Howard, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.    Plaintiff in error was convicted at the March, 1911, term of the county court of Rogers county on a charge of violating the prohibitory law, and his punishment fixed at a fine of two hundred fifty dollars and imprisonment in the county jail for a period of ninety days.    The Attorney General, in open court, entered a confession of error in this case.    Upon this confession, the judgment is reversed and a new trial awarded.